# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ZACHARIAH CURTIS,** <br><br> Defendant. | 16-PO-5207-JTJ <br> VIOLATION: <br> 6027501 <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6027501 is DISMISSED.

DATED this 30th day of January/February, 2017.

_____
John Johnston
United States Magistrate Judge